UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.K.,

Petitioner,

-against-

KEN GENALO, New York Field Office Director for U.S. Immigration and Customs Enforcement;

DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement;

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;

TODD BLANCHE, United States Attorney General; and the

U.S. DEPARTMENT OF HOMELAND SECURITY

Respondents.

**ORDER TO ANSWER**
26 Civ. 8018 (ER)

EDGARDO RAMOS, United States District Judge:

J.K. has filed for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The Court, having examined the Petition, hereby ORDERS that:

(1) By September 15, 2026 at 5:00 p.m., Petitioner's counsel shall serve Respondents with a copy of the Petition and accompanying orders, along with a copy of this Order.

(2) By September 16, 2026 at 5:00 p.m., Respondents shall file an answer to the Petition.

(3) By September 17, 2026 at 5:00 p.m., Petitioner shall file a reply.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, 25-cv-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Security*, No. 25-cv-0644 (OAW), 2025 WL

1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

SO ORDERED.

Dated: September 15, 2026
New York, New York

EDGARDO RAMOS
United States District Judge